# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BUTLER ANIMAL HEALTH HOLDING COMPANY LLC and BUTLER ANIMAL HEALTH SUPPLY, LLC D/B/A HENRY SCHEIN ANIMAL HEALTH, <br><br>   Plaintiffs, <br><br> v. <br><br>FRANCIS DIRKSMEIER, <br><br>   Defendant. | Case No. 2:19-cv-3684 <br><br> Judge Watson <br><br> Magistrate Judge Vascura |
| BUTLER ANIMAL HEALTH HOLDING COMPANY LLC <br><br> BUTLER ANIMAL HEALTH SUPPLY, LLC D/B/A HENRY SCHEIN ANIMAL HEALTH, <br><br>   Plaintiffs, <br><br> v. <br><br>PERFORMANCE HEALTH HOLDINGS, INC. <br><br>PERFORMANCE HEALTH SUPPLY, INC., <br><br>   Defendants. | Case No. 2:19-cv-2306 <br><br> Judge Smith <br><br> Magistrate Judge Vascura |

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE

The above cases are currently before the Court on the Joint Motions to Consolidate the Cases (Doc. 17 in Case No. 2:19-cv-2306 and Doc. 21 in Case No. 2:19-cv-3684). Upon consideration of the Joint Motions to Consolidate the above-captioned actions filed by Plaintiffs, Butler Animal Health Holding Company LLC and Butler Animal Health Supply, LLC

2

d/b/a Henry Schein Animal Health, and Defendants, Francis Dirksmeier, Performance Health Holdings, Inc. and Performance Health Supply, Inc., the Motions being well taken and in the interests of judicial efficiency and consistency, the Motions are hereby **GRANTED**.

The Clerk of this Court is hereby directed to consolidate the two actions for the completion of discovery, pre-trial proceedings, trial and all other purposes.  The consolidated case will proceed under Case No. 2:19-cv-2306 before the Undersigned and Magistrate Judge Chelsey Vascura.

**IT IS SO ORDERED.**

    *s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**